UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| **SHAQUILLA L. GIPSON** | ) | CIVIL ACTION NO. _____ |
| | ) | |
| **VERSUS** | ) | JUDGE _____ |
| | ) | |
| **THE KROGER CO. AND STARBUCKS** | ) | |
| **CORPORATION D/B/A STARBUCKS** | ) | |
| **COFFEE COMPANY** | ) | MAGISTRATE JUDGE _____ |

## NOTICE OF REMOVAL

COMES NOW INTO COURT, through undersigned counsel, Defendant THE KROGER CO. ("Kroger"), who respectfully requests that this matter be removed to the United States District Court for the Western District of Louisiana, Shreveport Division, and in further support, represents as follows:

## THE STATE COURT ACTION

1.

On or about March 2, 2022, Plaintiff SHAQUILLA L. GIPSON ("Plaintiff") filed suit against Kroger and STARBUCKS CORPORATION d/b/a STARBUCKS COFFEE COMPANY ("Starbucks") in the First Judicial District Court, Caddo Parish, Louisiana, Suit No. 635,600-B. In her Petition for Damages, Plaintiff seeks damages from Kroger and Starbucks for injuries she alleges she sustained when she purportedly slipped and fell at Store #K035 located at 6652 Youree Drive.

2.

In her Petition for Damages, Plaintiff has plead entitlement to categories of damages, including past and future medical expenses; medical report charges, loss of enjoyment of life; past, present, and future pain and suffering; and past, present, and future mental anguish and distress.

She has expressly asserted that she is seeking recovery of an amount exceeding $75,000.00 from Kroger and/or Starbucks for these categories of damages, bringing this matter within this Court's jurisdiction. Specifically, her Petition for Damages states "the amount required to restore plaintiff will exceed $75,000.00, the amount required for diversity removal jurisdiction."

## **DIVERSITY JURISDICTION**

3.

Kroger wishes to exercise its rights to remove this suit to federal court pursuant to 28 U.S.C. § 1441. The amount in controversy exceeds $75,000.00, exclusive of interest and costs, and there is complete diversity between the named parties, as contemplated by 28 U.S.C. § 1332(a).

4.

Plaintiff is alleged to be a resident and domiciliary of Bienville Parish, Louisiana.

5.

Kroger is a business corporation organized pursuant to the laws of the State of Ohio. Its principal place of business is in the State of Ohio.

6.

Starbucks is a business corporation organized pursuant to the laws of the State of Washington. Its principal place of business is in the State of Washington.

7.

There is complete diversity of citizenship between the parties such that the removal of this suit is proper pursuant to the provisions of 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

8.

As of the date of this filing, Plaintiff has not served Kroger or Starbucks with her Petition for Damages. Kroger represents that pursuant to 28 U.S.C. § 1446(a)(2)(A), it was not necessary that it procure Starbucks' consent prior to the filing of this Notice of Removal.

9.

Upon filing this Notice of Removal, counsel for Kroger will give written notice to Plaintiff's counsel and provide a copy of the Notice of Removal to the Clerk of Court of the First Judicial District Court, Caddo Parish, Louisiana.

WHEREFORE, Defendant THE KROGER CO. prays that this Notice of Removal be filed; that the suit entitled "Shaquilla L. Gipson v. The Kroger Co. and Starbucks Corporation d/b/a Starbucks Coffee Company," Suit Number 635,600-B, First Judicial District Court, Caddo Parish, Louisiana, be removed to the United States District Court for the Western District of Louisiana, Shreveport Division; and that the First Judicial District Court, Caddo Parish, Louisiana, proceed no further herein, unless the case is subsequently remanded by this Court.

*Respectfully submitted,*

THOMAS, SOILEAU, JACKSON & COLE, L.L.P.

/s/ Steven E. Soileau
Steven E. Soileau, La. Bar No. 17150
Gemma Zuniga, La. Bar No. 38604
401 Edwards Street, Suite 2015
Shreveport, LA 71101
Telephone: (318) 216-5058
Facsimile: (318) 216-5087
steve@tsjclaw.com
gemma@tsjclaw.com

***Counsel for The Kroger Co.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on this 8th day of March, 2022, to Ms. Shaquilla L. Gipson, through her counsel of record Ms. Franeka D. Taylor via the Court's electronic filing system.

/s/ Steven E. Soileau<br>OF COUNSEL