| | | |
|---|---|---|
| SHAQUILLA L. GIPSON | * | NUMBER: 635,600 |
| VERSUS | * | FIRST JUDICAL DISTRICT COURT |
| THE KROGER CO. AND STARBUCKS CORPORATION D/B/A STARBUCKS COFFEE COMPANY | * | CADDO PARISH, LOUISIANA |
| PERMANENT ASSIGNMENT: | * | SECTION: B |

$____ FILED
MAR 02 2022
SANDY ROTHELL
DEPUTY CLERK OF COURT
CADDO PARISH

## PETITION FOR DAMAGES

The petition of Shaquilla L. Gipson who resides and is domiciled in Arcadia, Bienville Parish, Louisiana, respectfully represents:

1.

The following parties made defendants herein, are justly and legally indebted, unto your petitioner, Shaquilla L. Gipson, for the amounts which will be required to fix or make up for what cannot be fixed including the injuries, harms, and losses she suffered and will continue into the future to suffer as the result of the fall described below and as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, for the reasons and causes of action hereinafter stated:

(a) The Kroger Co., a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its designated agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802; and

(b) Starbucks Corporation d/b/a Starbucks Coffee Company, a foreign corporation authorized to do and doing business in the State of Louisiana, which may be served through its designated agent for service of process, Corporation Service Company, 501 Louisiana Avenue, Baton Rouge, Louisiana 70802.

2.

At all times mentioned herein:

(a) Shaquilla L. Gipson, an individual of the full age of majority, was a customer of The Kroger Co., located at 6652 Youree Drive, Shreveport, Caddo Parish, Louisiana; and

(b) The Kroger Co., the owner and operator of Store #K035 Kroger East/Dallas, located at 6652 Youree Drive, Shreveport, Caddo Parish, Louisiana; and

(c) Starbucks Corporation, the owner and operator of Starbucks Coffee Company, located at 6652 Youree Drive, Shreveport, Caddo Parish, Louisiana.

3.

The injuries, harms, and losses, for which recovery is sought herein, resulted from a fall that occurred on or about May 4, 2021, at the premises located at 6652 Youree Drive, Shreveport, Caddo Parish, Louisiana.

4.

At the time, place, and circumstances aforesaid, your petitioner, Shaquilla L. Gipson, was at the Starbucks, located near the front of the Kroger store, walking from the checkout to the waiting area when suddenly, and without warning, she slipped in a wet substance on the floor, resulting in the injuries, harms, and losses complained of herein.

5.

Petitioner, Shaquilla L. Gipson, did not cause or contribute to the cause of this fall in any way.

6.

The location of the spill, the nature of the spill, and the appearance of the wet substance on the floor were such that defendants knew or should have known and had actual or constructive notice of the substance and should have taken immediate steps to

mark and clean the area before plaintiff slipped and fell, but that defendants failed to exercise reasonable care.

7.

Petitioner herein shows that the resulting injuries, harms, and losses were caused by the fault (C.C. Art. 2315) and negligence (C.C. Art. 2316 and LSA-R.S. 9:2800.6) of The Kroger Co. and Starbucks Coffee Company in the following non-exclusive particulars:

(a) Maintaining the premises in an unsafe and hazardous condition, i.e., the unattended wet substance on the floor;

(b) Failure to clean up the wet substance on the floor;

(c) Failure to place warning signs of adequate size and in such location as to advise expected store customers of the dangerous condition posed by the wet substance on the floor;

(d) Leaving the wet substance on the floor surface unattended and failure to warn customers of the existence of the water; and

(e) For other acts and omissions to be shown at trial hereof.

8.

If it is shown that the fault and negligence of any person(s), other than The Kroger Co. and Starbucks Coffee Company, contributed to the fall described herein, petitioner shows that the fault and negligence of The Kroger Co. and Starbucks Coffee Company also contributed to, and was the proximate cause of, the said fall.

9.

The fall caused petitioner, Shaquilla L. Gipson, to suffer injuries, harms, and losses including, pain, mental anguish, and distress as a result of the injuries she sustained in said fall, including, but not limited to lumbar back pain with radiculopathy affecting her right lower extremity, lumbago with sciatica on her left side, headaches, and cervicalgia.

10.

Petitioner, Shaquilla L. Gipson, has sustained such harms and losses as are reasonable in the premises, including, but not to limited to past and future medical expenses, medical report charges, loss of enjoyment of life, past, present, and future pain and suffering, and past, present, and future mental anguish and distress, as a result of the above-described fall.

11.

Petitioner shows that it will be necessary to call expert witnesses at the trial of this matter, and that the fees of such witnesses should be set by the Court and should be taxed as costs of this suit against defendants.

12.

The amount required to restore plaintiff will exceed $75,000.00, the amount required for diversity removal jurisdiction.

WHEREFORE, PETITIONER PRAYS that defendants, The Kroger Co. and Starbucks Coffee Company, be duly cited to appear and answer this petition, and that it be served with a copy hereof;

That after necessary legal delays and due proceedings had, there would be judgment therein in favor of petitioner, Shaquilla L. Gipson, and against defendants, The Kroger Co. and Starbucks Coffee Company, for the amount of money required to fix what can be fixed and make up for the injuries, harms, and losses which cannot be fixed as is reasonable in the premises, including but not limited to past and future medical expenses, medical report charges, loss of enjoyment of life, past, present, and future pain and suffering, and past, present, and future mental anguish and distress, with legal interest thereon from date of judicial demand until paid and for all costs of these proceedings;

That the fees of expert witnesses be set by the court and taxed as costs of this suit against defendants; and

For all costs of this suit, and for full, general, and equitable relief for all orders and decrees necessary and proper in the premises.

Respectfully Submitted,

RICE & KENDIG, LLC

*[signature]*

Franeka D. Taylor – Bar No. 40070
William F. Kendig - Bar No. 17644
J. Marshall Rice – Bar No. 28980
Jason B. Nichols – Bar No. 28704
1030 Kings Highway
Shreveport, Louisiana 71104
Telephone: (318) 222-2772
Facsimile: (318) 222-2770
Email: ftaylor@ricekendig.com

ATTORNEYS FOR PETITIONER

**PLEASE SERVE:**

**The Kroger Co.**
*Through its agent for service of process*:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802

**Starbucks Corporation d/b/a Starbucks Coffee Company**
*Through its agent for service of process*:
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, Louisiana 70802