# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SHAQUILLA L GIPSON** | **CASE NO. 5:22-CV-00652** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KROGER CO ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Motion for Partial Dismissal [Doc. No. 8],

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion is **GRANTED**. The claims of Plaintiff Shaquilla L. Gipson against Defendant Starbucks Corporation d/b/a Starbucks Coffee Company are hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 16th day of March 2022.

_____
Terry A. Doughty
United States District Judge