UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHAQUILLA L GIPSON | CASE NO. 5:22-CV-00652 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| KROGER CO ET AL | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons set forth in the Court's Memorandum Ruling,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion for Summary Judgment [Doc. No. 24] filed by Defendant the Kroger Company is **GRANTED**, and Plaintiff Shaquilla Gipson's claims against all Defendants are hereby **DISMISSED WITH PREJUDICE**, at the cost of Plaintiff.

MONROE, LOUISIANA, this 6th day of March 2023.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT COURT JUDGE